IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**DOROTHY JEAN HARRIS,**<br><br>Defendant | **NO. 5: 09-CR-70 (CAR)**<br><br>VIOLATION: 18 U.S.C. §111 |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. Defendant HARRIS was represented by Ms. Catherine M. Leek of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Jennifer Kolman. Based upon the evidence proffered to the court on behalf of the parties, as well as the Pretrial Service Report of the U. S. Probation Office dated March 26, 2010, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☐ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

   ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

   ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☐ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the aforementioned Pretrial Services Report, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the safety of the community were the defendant to be released from custody. The defendant is a lifetime resident of Macon, Georgia.. The offense of ASSAULT ON A FEDERAL OFFICER charged against her herein is a serious one for which imprisonment can result in the event of a conviction or plea of guilty. The weight of evidence is very strong: the defendant brandished a needle nose pliers at a mail carrier. The estimated sentencing guideline range is 24 months to 30 months to be served in prison in the event of a conviction or plea of guilty.

The defendant has a very lengthy arrest and conviction record going back to 1977 and including two felony convictions. In addition, her behavior is such that her mental competency has been brought into question. By separate order this day issued, the court has granted a motion of the United States seeking her mental examination and evaluation.

For the foregoing reasons, defendant Harris is ORDERED detained.

| PART III  -  DIRECTIONS REGARDING DETENTION |
|---|

      The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      SO ORDERED, this 31st day of MARCH, 2010.

                                                CLAUDE W. HICKS, JR.
                                                UNITED STATES MAGISTRATE JUDGE